UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF WESTERN PENNSYLVANIA

CONCILIATION CONFERENCE MINUTES

FILED
10/21/16 11:01 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## Conciliation Conference:

- **Debtor:** JOHN R & NICCOLLE L SCISCIANI
- **Case Number:** 15-24093-GLT    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, OCTOBER 20, 2016 03:30 PM    3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

## Matter:

#14 - Continued Confirmation of Plan Dated 11/28/2015 (NFC)
R / M #: 14 / 0

## Appearances:

Willis

- Debtor:
- Trustee: Winnecour / Bedford / (Pail) / Katz
- Creditor:

Kovalchik — PA RV
Pavlovich — Deutsche.

## Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __X__ Plan/Motion continued to 11/3/16 at 9:30.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
    Objections are due on or before _____.
    A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

PA RV 13, 14, 15 returns unfiled.

federal returns appear to be unfiled as well.

need Bus case Q & OP reports for husband

Plan underfunded

10/14/2016  8:31:14AM