FILED
11/2/16 2:46 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:                                              : Case No.: 15-24093-GLT
                                                    : Chapter: 13
John R Scisciani                                    :
Niccolle L Scisciani                                :
                                                    : Date:  11/2/2016
            *Debtor(s).*                            : Time:  09:30

## PROCEEDING MEMO

**MATTER:**   #14 - Confirmation of Chapter 13 Plan Dated 11-30-15 (NFC)
              #19 - Objection by Select Portfolio

**APPEARANCES:**
  Debtor:   Lawrence W. Willis
  Trustee:  Jana Pail
  SPS:      Matthew Pavlovich
  PA DOR:   Anthony Kovalchick

*NOTES:*

Pail - 11 months have elapsed. 49 months remain. Debtors' second bankruptcy case. PA Department of Revenue provided a letter in November 2015 stating that 2011-2014 tax returns are unfiled. Debtors testified that there are also unfiled federal tax returns. Debtors have not provided monthly operating reports or a business case questionnaire. With the claim of Deutsche Bank (Claim No. 6) governing, would need a plan payment of $2,414. Debtor Wife is wage attached and payments remitting. At the current plan payment of $1,409, plan is current.

Willis - No defense to dismissal without prejudice.

Pail - Requests dismissal without prejudice.

Kovalchick - Debtors have not filed a personal income tax return since 2012. The letter referenced by the trustee was dated November 2015.

Pavlovich - No opposition to dismissal

*OUTCOME:*

1. Debtors to file all unfiled state and federal tax returns (2014-2015) within 30 days or the case may be dismissed without further notice or hearing. (CT to prepare).
2. Notice of Oral Motion to Dismiss to be issued. (Chambers to prepare).

**DATED:** 11/2/2016