IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: : | Case No. 15-24093-GLT |
| : | Chapter 13 |
| JOHN R. SCISCIANI and : | |
| NICCOLLE L. SCISCIANI, : | |
| : | |
| Debtors. : | Related to Dkt. No. 14 |

## ORDER ESTABLISHING
## DEADLINE TO FILE TAX RETURNS

This matter came before the Court upon the Debtor's *Chapter 13 Plan dated November 30, 2015* [Dkt. No. 14] (the "Plan"). The Court held a contested hearing to consider confirmation of the *Plan* on November 2, 2016.

**AND NOW**, for the reasons stated on the record at the November 2 hearing, it is hereby **ORDERED, ADJUDGED** and **DECREED** that the Debtors shall provide all unfiled state and federal tax returns (including those for the 2014 and 2015 tax years) to the chapter 13 trustee on or before **December 2, 2016**. If the required tax returns are not timely provided, the above-captioned case shall be dismissed without further notice or hearing.

Dated: November 3, 2016

_____
GREGORY L. TADDONIO    cgt
UNITED STATES BANKRUPTCY JUDGE

Case Administrator to serve:
John R. and Niccolle L. Scisciani
Lawrence W. Willis, Esq.
Ronda J. Winnecour, Esq.
Office of the U.S. Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 15-24093-GLT
John R Scisciani                                                    Chapter 13
Niccolle L Scisciani
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2         User: aala              Page 1 of 1              Date Rcvd: Nov 03, 2016
                             Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 05, 2016.
db/jdb        +John R Scisciani,   Niccolle L Scisciani,   456 Aten Rd,   Coraopolis, PA 15108-7713

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 05, 2016                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 3, 2016 at the address(es) listed below:
              Anthony T. Kovalchick    on behalf of Creditor Dep't of Revenue   Office of Attorney General
               akovalchick@attorneygeneral.gov
              Joshua I. Goldman    on behalf of Creditor    Deutsche Bank National Trust Company
               bkgroup@kmllawgroup.com
              Lawrence W. Willis    on behalf of Joint Debtor Niccolle L Scisciani help@urfreshstrt.com,
               urfreshstrt@gmail.com
              Lawrence W. Willis    on behalf of Debtor John R Scisciani help@urfreshstrt.com,
               urfreshstrt@gmail.com
              Matthew Christian Waldt    on behalf of Creditor    Select Portfolio Servicing, Inc.
               mwaldt@milsteadlaw.com,    bkecf@milsteadlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                               TOTAL: 8