**FILED**

**DEC 14 2016**

**CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.: 15-24093-GLT |
| | : | Chapter: 13 |
| John R Scisciani | : | |
| Niccolle L Scisciani | : | |
| | : | Date: 12/14/2016 |
| *Debtor(s).* | : | Time: 11:00 |

## PROCEEDING MEMO

**MATTER:** #57 - Chapter 13 Trustee's Oral Motion to Dismiss Case Made During the 11-2-16 Hearing
[Trustee to receive tax returns by: 12-2-16]
[Response due: 12-7-16]

To extend court does not grant dismissal:

#14 - Confirmation of Chapter 13 Plan Dated 11-30-15 (NFC)
    #19 - Objection by Select Portfolio
    #62 - Objection by PA Dept. of Revenue

**APPEARANCES:**
    Debtor:    Lawrence W. Willis
    Trustee:   Jana Pail
    DOR:       Anthony Kovalchick

**NOTES:**

Pail - 12 months have elapsed. $1,409 plan payments. Payments are current, but payment needs to increase to $2,436. Debtor has unfiled tax returns from 2011 through 2014, likely 2015 as well. Trustee has not received copies as of December 12, 2016.

Kovalchick - Tax returns current through 2012. No income tax returns filed from 2013 through 2015. Filed an objection to plan confirmation but not dismissal.

Willis - Engagement letter stated that taxes needed to be filed within 90 days. Reached out to the Debtors but received no response. No update as to the status of the tax returns.

**OUTCOME:**

1. Order to be issued dismissing case without prejudice. (CT to prepare).

**DATED:** 12/14/2016