FILED
12/14/16 3:29 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : Case No. 15-24093-GLT |
| JOHN R. SCISCIANI and | : Chapter 13 |
| NICCOLLE L. SCISCIANI | : |
| | : |
| Debtors. | : Related to Dkt. Nos. 57 and 58 |
| | : |

**ORDER DISMISSING CASE WITHOUT
PREJUDICE AND TERMINATING WAGE ATTACHMENT**

**AND NOW**, an oral motion (the "Motion") to dismiss this case having been made by the Chapter 13 Trustee (the "Trustee"), and notice of the Motion having been given and no response or objection having been filed, it is hereby **ORDERED, ADJUDGED AND DECREED that**:

1. The above-captioned case is **DISMISSED without prejudice**. The Debtor(s) remain(s) legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to 11 U.S.C. § 349. Creditors are directed to 11 U.S.C. § 108(c) for time limits on filing a lawsuit to collect. Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs or 30 days after the date of this Order, whichever is later.

2. Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this Order on such employer and entity.

3. The Court retains jurisdiction over the Trustee's final report and account and the Trustee's certificate of distributed funds. Following submission of a final accounting and certification of distributed funds, the Trustee shall be deemed discharged from her duties in this case and the case shall be deemed closed without further Order of Court.

4. The Clerk of Court shall give notice to all creditors of this dismissal

Dated: December 14, 2016

_____
GREGORY L. TADDONIO   cgt
UNITED STATES BANKRUPTCY JUDGE

Case Administrator to mail to:
All Creditors and Parties in Interest

```
                                United States Bankruptcy Court
                                Western District of Pennsylvania
In re:                                                                    Case No. 15-24093-GLT
John R Scisciani                                                          Chapter 13
Niccolle L Scisciani
         Debtors                    CERTIFICATE OF NOTICE
District/off: 0315-2         User: aala                   Page 1 of 2           Date Rcvd: Dec 14, 2016
                             Form ID: pdf900              Total Noticed: 52


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 16, 2016.
db/jdb         +John R Scisciani,    Niccolle L Scisciani,    456 Aten Rd,   Coraopolis, PA 15108-7713
cr             +Dep't of Revenue Office of Attorney General,    Anthony T. Kovalchick,   564 Forbes Avenue,
                 Manor Building,    Pittsburgh, PA 15219-2908
14133495       +ALLEGHENY GENERAL HOSPITAL,    PO BOX 644662,   Pittsburgh, PA 15264-4662
14133496       +Amerigas,    3540 STATE ROUTE 151,   Aliquippa, PA 15001-5908
14133497       +Billmelater,    PO BOX 105658,   Atlanta, GA 30348-5658
14133500       +CAP ONE,    PO Box 30253,   Salt Lake City, UT 84130-0253
14133503       +CHP SPECIALTY BILLING,    11279 PERRY HWY,   SUITE 450,    Wexford, PA 15090-9303
14133502       +Childrens Hospital,    PO BOX 382059,   Pittsburgh, PA 15250-0001
14133504       +Citfinancial,    605 Munn Rd,   Fort Mill, SC 29715-8421
14133505       +Comcast,    PO BOX 3002,   Southeastern, PA 19398-3002
14133508       +Creditech,    PO Box 99,   Bangor, PA 18013-0099
14133509       +DELATORIE ORTHOTICS AND PROSTHETICS, INC,    PO BOX 644574,    Pittsburgh, PA 15264-8574
14207967        Deutsche Bank National Trust Company,    c/o Select Portfolio Servicing, Inc.,   P.O Box 65250,
                 Salt Lake City, UT 84165-0250
14133510       +Emergency Resource Mgn,    PO Box 371980,   Pittsburgh, PA 15250-7980
14133511       +Equitable Gas Company,    PO Box 6766,   Pittsburgh, PA 15212-0766
14133512       +Federal Loan Servicing/PHEAA,    PO BOX 60610,   Harrisburg, PA 17106-0610
14133515       +JTS,   BOROUGH OF CARNEGIE,    102 RAHWAY RD,   Canonsburg, PA 15317-3349
14133516       +KEYSTONE ANESTHESIA CONSULTANTS,    PO BOX 88073,   Chicago, IL 60680-1073
14133520       +Mohela/Dept of Ed,    633 Spirit Dr,   Chesterfield, MO 63005-1243
14133521       +NATIONAL REHAB EQUIPMENT INC,    PO BOX 1135,   Coraopolis, PA 15108-6135
14133523       +OHIO VALLEY ANESTHESIA,    PO BOX 72592,   Cleveland, OH 44192-0002
14133526       +PATHOLOGY & NUCLEAR MEDICINE PGH,    PO BOX 49,   Pittsburgh, PA 15230-0049
14133527       +PAWC,   PO BOX 371412,    Pittsburgh, PA 15250-7412
14133530       +PREFERRED PRIMARY CARE PHYSICIANS,    1910 COCHRAN RD STE 490,    Pittsburgh, PA 15220-1203
14133528       +Penn Credit Corp,    916 S 14th St,   Harrisburg, PA 17104-3425
14133531       +Quest Diagnostics,    PO Box 7302,   Hollister, MO 65673-7302
14133535       +SOUTH HILLS RADIOLOGY ASSOCIATES,    PO BOX 3425,   Pittsburgh, PA 15230-3415
14133536       +SST/Continental,    4315 Pickett Rd,   Saint Joseph, MO 64503-1600
14133537       +SST/SYNOVUS,    4315 Pickett Rd,   Saint Joseph, MO 64503-1600
14133538       +ST CLAIR ANESTHESIOLOGY ASSOCIATES,    PO BOX 785211,   Philadelphia, PA 19178-5211
14133532        Sears/CBNA,    133200 Smith Rd,   Cleveland, OH 44130
14133533       +Select Portfolio Svcg,    10401 Deerwood Park BV,   Jacksonville, FL 32256-5007
14180258        U.S. Department of Education,    C/O FedLoan Servicing,   P.O. Box 69184,
                 Harrisburg, PA   17106-9184
14133540       +UPMC Cancer Center,    PO Box 371980,   Pittsburgh, PA 15250-7980
14133541       +UPMC MERCY,    PO BOX 382059,   Pittsburgh, PA 15250-0001
14133542       +UROLOGIC ASSOCIATES OF WESTERN PA,    200 DELAFIELD RD,    Pittsburgh, PA 15215-3205
14133543       +WASHINGTON FEDERAL,    77 S MAIN ST,   Washington, PA 15301-6824
14133544       +WELLS FARGO,    PO BOX 10335,   Des Moines, IA 50306-0335

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14133498       +E-mail/Text: bankruptcy@bbandt.com Dec 15 2016 01:25:58     BRANCH B&T,    223 WEST NASH ST,
                 Wilson, NC 27893-3801
14133501       +E-mail/Text: bankruptcy@cavps.com Dec 15 2016 01:27:04     Cavalry Portfolio Svcs,
                 500 Summit Lake Dr,    Valhalla, NY 10595-2322
14133814       +E-mail/Text: bankruptcy@cavps.com Dec 15 2016 01:27:04     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
14133506       +E-mail/Text: ccusa@ccuhome.com Dec 15 2016 01:25:50     Credit Coll/usa,
                 16 Distributor Dr Suite 1,    Morgantown, WV 26501-7209
14133507       +E-mail/Text: creditonebknotifications@resurgent.com Dec 15 2016 01:25:54      Credit One Bank,
                 PO Box 98873,    Las Vegas, NV 89193-8873
14202398       +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Dec 15 2016 01:27:29     Duquesne Light Company,
                 c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,   707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
14133514       +E-mail/Text: bankruptcy@icsystem.com Dec 15 2016 01:27:10     IC Systems Collections,
                 PO Box 64378,    Saint Paul, MN 55164-0378
14133517       +E-mail/Text: bankruptcydpt@mcmcg.com Dec 15 2016 01:26:47     Midland Credit MGMT,
                 8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
14133522       +E-mail/Text: bankruptcydepartment@tsico.com Dec 15 2016 01:27:17     NCO Financial,    POB 15270,
                 Wilmington, DE 19850-5270
14133524       +E-mail/Text: emccaul@ohiovalleyhospital.org Dec 15 2016 01:26:59
                 Ohio Valley General Hospital,    25 Heckel Rd,,   Mc Kees Rocks, PA 15136-1694
14133525       +E-mail/PDF: cbp@onemainfinancial.com Dec 15 2016 01:23:39     OneMain Financial,
                 110 Point Plz,,   Butler, PA 16001-2540
14154282       +E-mail/Text: csc.bankruptcy@amwater.com Dec 15 2016 01:27:21     Pennsylvania American Water,
                 P.O. Box 578,    Alton, IL 62002-0578
14148145        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 15 2016 01:26:39
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, Pa.   17128-0946
14133531       +E-mail/Text: BankruptcyMail@questdiagnostics.com Dec 15 2016 01:27:31      Quest Diagnostics,
                 PO Box 7302,    Hollister, MO 65673-7302
```

```
District/off: 0315-2          User: aala                    Page 2 of 2                   Date Rcvd: Dec 14, 2016
                              Form ID: pdf900               Total Noticed: 52
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
14133539        +E-mail/Text: PFS.Analyst@stclair.org Dec 15 2016 01:27:12     St Clair Hospital,
                 PO Box 640831,    Pittsburgh, PA 15264-0831
                                                                                              TOTAL: 15

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Deutsche Bank National Trust Company
cr              Duquesne Light Company
cr              Select Portfolio Servicing, Inc.
14133518*      +Midland Credit MGMT,    8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
14133519*      +Midland Credit MGMT,    8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
14133529*      +Penn Credit Corp,   916 5 14th St,    Harrisburg, PA 17104-3425
14133534*      +SELECT PORTFOLIO SVCG,    10401 DEERWOOD PARK BV,    Jacksonville, FL 32256-5007
14133499       ##+BRIGHTON RADIOLOGY ASSOCIATES,    3572 BRODHEAD RD SUITE 201,    Monaca, PA 15061-3141
14133513       ##+GENERAL AND VASCULAR SURGERY ASSOCIATES,    1350 LOCUST ST STE 205,   Pittsburgh, PA 15219-4738
                                                                                   TOTALS: 3, * 4, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2016                                      Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 14, 2016 at the address(es) listed below:
```
              Anthony T. Kovalchick    on behalf of Creditor Dep't of Revenue   Office of Attorney General
               akovalchick@attorneygeneral.gov
              Joshua I. Goldman    on behalf of Creditor    Deutsche Bank National Trust Company
               bkgroup@kmllawgroup.com
              Lawrence W. Willis    on behalf of Joint Debtor Niccolle L Scisciani help@urfreshstrt.com,
               urfreshstrt@gmail.com
              Lawrence W. Willis    on behalf of Debtor John R Scisciani help@urfreshstrt.com,
               urfreshstrt@gmail.com
              Matthew Christian Waldt    on behalf of Creditor    Select Portfolio Servicing, Inc.
               mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 8
```