**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    JOHN R SCISCIANI
    NICCOLLE L SCISCIANI
        Debtor(s)

Case No.: 15-24093 GLT

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 11/06/2015 and confirmed on 05/31/2016. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 17,558.56 |
| Less Refunds to Debtor | 3,251.60 | |
| TOTAL AMOUNT OF PLAN FUND | | 14,306.96 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 2,338.56 | |
|   Trustee Fee | 576.77 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 2,915.33 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| DEUTSCHE BANK NATIONAL TRUST CO - T | 0.00 | 11,313.34 | 0.00 | 11,313.34 |
|   Acct: 4460 | | | | |
| DEUTSCHE BANK NATIONAL TRUST CO - T | 36,691.57 | 0.00 | 0.00 | 0.00 |
|   Acct: 4460 | | | | |
| PA DEPARTMENT OF REVENUE* | 11,493.96 | 0.00 | 0.00 | 0.00 |
|   Acct: 8433 | | | | |
| BRANCH BANK | 525.00 | 51.00 | 27.29 | 78.29 |
|   Acct: 3111 | | | | |
| | | | | 11,391.63 |
| **Priority** | | | | |
| LAWRENCE W WILLIS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| JOHN R SCISCIANI | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| JOHN R SCISCIANI | 1,950.96 | 1,950.96 | 0.00 | 0.00 |
|   Acct: | | | | |
| JOHN R SCISCIANI | 1,300.64 | 1,300.64 | 0.00 | 0.00 |
|   Acct: | | | | |

| 15-24093 GLT | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | | Page 2 of 4 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Priority | | | | | |
| | WILLIS & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | LAWRENCE W WILLIS ESQ | 3,000.00 | 2,338.56 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PA DEPARTMENT OF REVENUE* | 3,169.38 | 0.00 | 0.00 | 0.00 |
| | Acct: 8433 | | | | |
| | | ***NONE*** | | | |
| Unsecured | | | | | |
| | DUQUESNE LIGHT COMPANY* | 921.27 | 0.00 | 0.00 | 0.00 |
| | Acct: 4403 | | | | |
| | PA DEPARTMENT OF REVENUE* | 767.50 | 0.00 | 0.00 | 0.00 |
| | Acct: 8433 | | | | |
| | ALLEGHENY GENERAL HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: ? | | | | |
| | ALLIED ADJUSTORS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: ? | | | | |
| | AMERIGAS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4715 | | | | |
| | BILL ME LATER | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6578 | | | | |
| | BRIGHTON RADIOLOGY ASSOCIATES PC+ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: ? | | | | |
| | CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1317 | | | | |
| | CAVALRY SPV I LLC - ASSIGNEE(*) | 533.82 | 0.00 | 0.00 | 0.00 |
| | Acct: 6063 | | | | |
| | CHILDRENS HOSPITAL OF PITTSBURGH | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: ? | | | | |
| | CHP SPECIALTY BILLING | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: ? | | | | |
| | CITIFINANCIAL INC (NON-RE*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2819 | | | | |
| | COMCAST*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8055 | | | | |
| | CREDIT COLLECTIONS USA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2781 | | | | |
| | CREDIT ONE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1638 | | | | |
| | CREDITECH | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3344 | | | | |
| | DELATORRE ORTHITICS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: ? | | | | |
| | EMERGENCY RESOURCE MGMT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: ? | | | | |
| | EQUITABLE GAS CO (*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0018 | | | | |
| | PHEAA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4FD0 | | | | |
| | GENERAL AND VASCULAR SURGERY++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: ? | | | | |
| | I.C. SYSTEMS INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3720 | | | | |
| | JORDAN TAX SERVICE INC** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: ? | | | | |
| | KEYSTONE ANESTHESIA CONSULTANT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: ? | | | | |
| | MIDLAND CREDIT MANAGEMENT INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4748 | | | | |

| 15-24093 GLT | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | | Page 3 of 4 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
| | MIDLAND CREDIT MANAGEMENT INC<br>Acct: 4622 | 0.00 | 0.00 | 0.00 | 0.00 |
| | MIDLAND CREDIT MANAGEMENT INC<br>Acct: 4753 | 0.00 | 0.00 | 0.00 | 0.00 |
| | MOHELA<br>Acct: 4KM0 | 0.00 | 0.00 | 0.00 | 0.00 |
| | NATIONAL REHAB EQUIPMENT INC<br>Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| | NCO FINANCIAL SYSTEMS INC(*)++<br>Acct: 8558 | 0.00 | 0.00 | 0.00 | 0.00 |
| | OHIO VALLEY ANESTHESIA ASSOC<br>Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| | OHIO VALLEY GENL HOSPITAL<br>Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| | ONE MAIN FINANCIAL<br>Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| | PATHOLOGY & NUCLEAR MED++<br>Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| | PENNSYLVANIA-AMERICAN WTR CO*<br>Acct: 8660 | 256.16 | 0.00 | 0.00 | 0.00 |
| | PENN CREDIT CORP<br>Acct: 2246 | 0.00 | 0.00 | 0.00 | 0.00 |
| | PENN CREDIT CORP<br>Acct: 2255 | 0.00 | 0.00 | 0.00 | 0.00 |
| | PREFERRED PRIMARY CARE PHYSICIANS<br>Acct: 0927 | 0.00 | 0.00 | 0.00 | 0.00 |
| | INTERNAL REVENUE SERVICE*<br>Acct: XXXXX4403 | 0.00 | 0.00 | 0.00 | 0.00 |
| | QUEST DIAGNOSTICS++<br>Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| | SYSTEMS & SERVICES TECHNOLOGIES IN<br>Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| | SEARS/CITI CARD USA*++<br>Acct: 8811 | 0.00 | 0.00 | 0.00 | 0.00 |
| | SELECT PORTFOLIO SERVICING INC*<br>Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| | SOUTH HILLS RADIOLOGY ASSOC(*)<br>Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| | SELECT PORTFOLIO SERVICING INC*<br>Acct: 2825 | 0.00 | 0.00 | 0.00 | 0.00 |
| | SELECT PORTFOLIO SERVICING INC*<br>Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| | SAINT CLAIR ANESTHESIA ASSOCIATES<br>Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| | ST CLAIR HOSPITAL<br>Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| | UPMC/CANCER CENTER<br>Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| | UPMC(*)<br>Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| | UROLOGIC ASSOCIATES OF WESTERN PE<br>Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| | US DEPARTMENT OF EDUCATION<br>Acct: 4403 | 43,565.82 | 0.00 | 0.00 | 0.00 |
| | WASHINGTON FEDERAL SVNGS BANK<br>Acct: 2930 | 0.00 | 0.00 | 0.00 | 0.00 |
| | WELLS FARGO<br>Acct: 0810 | 0.00 | 0.00 | 0.00 | 0.00 |

| 15-24093 GLT | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | | Page 4 of 4 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |

\* \* \* N O N E \* \* \*

| | | | |
|---|---|---|---|
| TOTAL PAID TO CREDITORS | | | 11,391.63 |
| TOTAL CLAIMED | | | |
| PRIORITY | 3,169.38 | | |
| SECURED | 48,710.53 | | |
| UNSECURED | 46.044.57 | | |

Date: 03/03/2017

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399  
CHAPTER 13 TRUSTEE WD PA  
600 GRANT STREET  
SUITE 3250 US STEEL TWR  
PITTSBURGH, PA  15219  
(412) 471-5566  
cmecf@chapter13trusteewdpa.com