Filed
5/22/17 3:16 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re: )
John R. Scisciani )　　Case No.: 15-24093 GLT
Niccolle L. Scisciani )　　Chapter 13
　　Debtor(s) )
_____)
Ronda J. Winnecour, Chapter 13 )　　Related to Dkt. No. 68
Trustee, )
 )
　　Movant, )
 )
　　Vs. )
John R. Scisciani )
Niccolle L. Scisciani )
　　Respondent(s) )

## ORDER OF COURT

AND NOW, this 22nd day of May, 2017, upon consideration of the Trustee's Motion to Enlarge Time for Filing of Final Report and Account, it is

ORDERED that the motion is Granted and the Chapter 13 Trustee shall file the Final Report and Account on or before August 30, 2017.

BY THE COURT:

_____
U.S. Bankruptcy Judge　cgt

Case Administrator to serve: Debtor, Counsel for Debtor and Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 15-24093-GLT
John R Scisciani                                                        Chapter 13
Niccolle L Scisciani
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: aala              Page 1 of 1              Date Rcvd: May 22, 2017
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 24, 2017.
db/jdb         +John R Scisciani,   Niccolle L Scisciani,   456 Aten Rd,   Coraopolis, PA 15108-7713

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2017                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 22, 2017 at the address(es) listed below:
          Anthony T. Kovalchick    on behalf of Creditor Dep't of Revenue   Office of Attorney General
           akovalchick@attorneygeneral.gov
          James   Warmbrodt    on behalf of Creditor    Deutsche Bank National Trust Company
           bkgroup@kmllawgroup.com
          Joshua I. Goldman    on behalf of Creditor    Deutsche Bank National Trust Company
           bkgroup@kmllawgroup.com
          Lawrence W. Willis    on behalf of Debtor John R Scisciani help@urfreshstrt.com,
           urfreshstrt@gmail.com
          Lawrence W. Willis    on behalf of Joint Debtor Niccolle L Scisciani help@urfreshstrt.com,
           urfreshstrt@gmail.com
          Matthew Christian Waldt    on behalf of Creditor    Select Portfolio Servicing, Inc.
           mwaldt@milsteadlaw.com,    bkecf@milsteadlaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
           rive.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 9